AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>ALAN R. JUNG<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   4:13MJ 6221 TCM<br>)<br>)<br>) |

**FILED**

OCT – 4 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____October 3, 2013____ in the county of ____St. Charles____ in the ____Eastern____ District of ____Missouri____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 115(a)(1)(B) and 1114 | Threat to Murder a Federal Employee |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Jeffery Welter, United States Postal Inspector

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  October 4, 2013

*Judge's signature*

City and state:  St. Louis, Missouri

Honorable Thomas C. Mummert III, U.S. Magistrate Judge

*Printed name and title*