FILED
APR 2 3 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  S1- 4:13CR00443 (SNLJ) |
| ALAN R. JUNG, | ) |
| Defendant. | ) |

## INDICTMENT
## COUNT I

The Grand Jury charges that:

On or about October 3, 2013, in St. Charles County within the Eastern District of Missouri,

ALAN R. JUNG,

the Defendant herein, did threaten to assault, kidnap, or murder an employee of the United States with the intent to impede, intimidate, or interfere with such employee, while such employee was engaged in the performance of official duties or with the intent to retaliate against such employee on account of the performance of official duties.

In violation of Title 18 United States Code, Sections 115(a)(1)(B) and 1114.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ALLISON H. BEHRENS, # 38482MO
Assistant United States Attorney