UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:13 CR 443 SNLJ (TIA) |
| | ) | |
| ALAN R. JUNG, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR CONTINUED DETENTION

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Allison H. Behrens, Assistant United States Attorney for said District, and requests that the previous request for detention against the defendant continue.

As and for its grounds, the Government states as follows:

1.  A previous complaint per case number 4:13 MJ 6221 TCM was filed against defendant.

2.  There is a continued serious risk that the defendant will flee if released on bond.

3.  There is a continued threat to the community if defendant is released on bond.

WHEREFORE, the Government requests that the previous request of detention continue against defendant.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/Allison H. Behrens
ALLISON H. BEHRENS, # 38482MO
Assistant United States Attorney