UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:    4:13CR443 SNLJ |
| v. | ) | |
| | ) | |
| ALAN R. JUNG, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR BOND REDUCTION**

COMES NOW Defendant, Alan R. Jung ("Defendant"), by and through counsel, and requests an immediate setting on Defendant's Motion for Bond Reduction filed on April 17, 2014. Defendant has been incarcerated for approximately ten months and justice demands an immediate hearing on this matter.

        Respectfully submitted,

        RESTOVICHALLEN, LLC


    By: /s/ *George B. Restovich*
        George B. Restovich, #49639MO
        13321 North Outer Forty Road, Suite 300
        Chesterfield, MO 63017
        314.434-7700 – telephone
        314.448-4320 – facsimile
        **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 22nd day of August, 2014, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Allison H. Behrens  
Assistant United States Attorney  
111 South 10th Street, Room 20.333  
St. Louis, MO 63102  
allison.behrens@usdoj.gov

                                                     /s/ *George B. Restovich*