UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT - 3 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **S2-4:13CR443 SNLJ** |
| ALAN JUNG, | ) ) |
| Defendant. | ) |

## INFORMATION

### COUNT ONE

On or about October 3, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**ALAN JUNG,**

the Defendant herein, did, with verbal aggression, impede, intimidate, or interfere with an employee of the United States while this employee was engaged in or on account of the employee's official duties.

In violation of Title 21, United States Code, Section 111(a)(1) and 1114.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
PATRICK T. JUDGE, #39676MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

     I, Patrick T. Judge, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

                                          PATRICK T. JUDGE, #39676MO

Subscribed and sworn to before me this 3rd day of October 2014.

                                          CLERK, U.S. DISTRICT COURT

By: _____
              DEPUTY CLERK